# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | ROBERT W. GETTLEMAN | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1775 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Tony Hillard v. Joseph Loftos | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|