**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1775 |

Tony Hillard, Petitioner

v.

Joseph Loftus, Warden, Danville Correctional Center, Respondent

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joseph Loftus, Warden, Danville Correctional Center, Respondent

| | |
|---|---|
| NAME (Type or print) | |
| Charles Redfern | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Charles Redfern | |
| FIRM | |
| Office of the Illinois Attorney General - Criminal Appeals Division | |
| STREET ADDRESS | |
| 100 W. Randolph, 12th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601-3218 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6283811 | 312-814-3565 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I submitted my **Appearance** for electronic filing and uploading to the CM/ECF system. A copy of this document was e-mailed to the following CM/ECF user:

>Frederick F. Cohn
>Frederick F. Cohn Limited
>35 East Wacker Drive, Suite 1525
>Chicago, Illinois 60601
>Attorney for Petitioner

>/s/ Charles Redfern
>CHARLES REDFERN, Bar No. 6283811
>Assistant Attorney General
>100 W. Randolph Street, 12th Floor
>Chicago, IL 60601-3218
>PHONE: (312) 814-3565
>FAX: (312) 814-2253
>EMAIL: credfern@atg.state.il.us