UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. TONY HILLARD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1775 |
| JOSEPH LOFTUS, Warden, | ) ) | The Honorable<br>Robert W. Gettleman, |
| Respondent. | ) | Judge Presiding. |

**AGREED MOTION FOR FIRST EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE DEFEND**
**AGAINST PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent Warden Joseph Loftus hereby moves for a 28-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1.    Respondent's answer or other response to the petition is currently due on or before May 6, 2008.

2.    Despite due diligence, counsel will be unable to file respondent's answer or other response on or before May 6, 2008.  Counsel received the relevant state court materials necessary to file an informed response to the instant petition on April 24, 2008.  Counsel is in the process of reviewing this material.

3.    This motion is respondent's first request for an extension of time.

4.    This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

5.    Counsel for petitioner has been consulted by respondent and agrees to this motion.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 28-day extension of time, to and including June 3, 2008 within which to answer or otherwise defend against the petition.

April 28, 2008                                        Respectfully submitted,

                                                     Lisa Madigan
                                                     Attorney General of Illinois

                                         BY:    /s/ Charles Redfern
                                                     Charles Redfern, Bar No. 6283811
                                                     Assistant Attorney General
                                                     100 W. Randolph Street, 12th Floor
                                                     Chicago, IL 60601-3218
                                                     Phone: (312) 814-3565
                                                     Fax: (312) 814-2253
                                                     Email: credfern@atg.state.il.us

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008 I submitted Respondent's **Agreed Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus** and the accompanying **Notice of Motion** for electronic filing and uploading to the CM/ECF system. A copy of this document was e-mailed via the CM/ECF system to:

> Frederick F. Cohn
> Frederick F. Cohn Limited
> 35 East Wacker Drive, Suite 1525
> Chicago, Illinois 60601
> fredcohn@ffcohn.xohost.com
> Attorney for Petitioner

> /s/ Charles Redfern
> CHARLES REDFERN, Bar No. 6283811
> Assistant Attorney General
> 100 W. Randolph Street, 12th Floor
> Chicago, IL 60601-3218
> PHONE: (312) 814-3565
> FAX: (312) 814-2253
> EMAIL: credfern@atg.state.il.us