UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TONY HILLARD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1775 |
| JOSEPH LOFTUS, Warden, | ) ) | The Honorable Robert W. Gettleman, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Frederick F. Cohn
      Frederick F. Cohn Limited
      35 East Wacker Drive, Suite 1525
      Chicago, Illinois 60601
      fredcohn@ffcohn.xohost.com
      Attorney for Petitioner

On Tuesday, May 6, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1788, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Agreed Motion for First Extension of Time to Answer or Otherwise Defend Against Petition for Writ of Habeas Corpus.**

April 28, 2008                                         Respectfully submitted,

                                                       LISA MADIGAN
                                                       Attorney General of Illinois

                                           BY:   /s/ Charles Redfern
                                                 CHARLES REDFERN, Bar No. 6283811
                                                 Assistant Attorney General
                                                 100 W. Randolph Street, 12th Floor
                                                 Chicago, IL 60601-3218
                                                 PHONE: (312) 814-3565
                                                 FAX: (312) 814-2253
                                                 EMAIL: credfern@atg.state.il.us