**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tony Hillard
              Plaintiff,
v.                                            Case No.: 1:08−cv−01775
                                               Honorable Robert W. Gettleman
Joseph Loftos
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Respondent's motion for extension of time [11] to 7/1/2008 to answer or otherwise defend against the petition is granted. Status hearing is re−set to 7/10/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.