**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tony Hillard
     Plaintiff,

v.             Case No.: 1:08−cv−01775
            Honorable Robert W. Gettleman

Joseph Loftos
     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 7/10/2008. Petitioner's reply is due by 8/7/2008. Status hearing set for 10/7/2008 at 9:00 a.m. Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.