```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


UNITED STATES OF AMERICA         )
ex rel. TONY HILLARD,            )
                                 )
          Petitioner,            )
                                 )
     vs.                         )    No. 08 C 1775
                                 )
KEITH ANGLIN, Warden,            )    The Honorable
Danville Correctional Center,    )    Robert W. Gettleman,
                                 )    Judge Presiding.
          Respondent.            )
```

NOTICE OF MOTION

TO:  Charles Redfern
     Assistant Attorney General
     100 W. Randolph Street
     12th Floor
     Chicago, Illinois  60601


     On Wednesday, August 27, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present petitioner's Motion for Extension of Time Within Which to File Reply to Answer Until September 29, 2008.

                              Respectfully submitted,


                              s/ Frederick F. Cohn
                              FREDERICK F. COHN
                              Bar Number: 0478954
                              Attorney for Petitioner
                              35 E. Wacker Drive
                              Suite 1525
                              Chicago, Illinois  60601
                              312-641-0692
                              fredcohn@ffcohn.xohost.com

CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following:

        Charles Redfern
        Assistant Attorney General
        100 W. Randolph Street
        12th Floor
        Chicago, Illinois  60601


                                s/ Frederick F. Cohn
                                FREDERICK F. COHN